# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>ANTHONY R. GONZALES, )<br>)<br>*Defendant*. ) | Case No. CR-12-288-001-R |

## **ORDER FOR EARLY TERMINATION OF SUPERVISED RELEASE**

This matter is before the Court for consideration of a request to terminate the term of supervised release originally imposed on July 8, 2013. Mr. Gonzales was sentenced to four years' supervised release, with standard and special conditions of supervision. Mr. Gonzales began serving his term of supervised release on May 8, 2020. The term of supervised release would otherwise expire May 7, 2024.

In accordance with Title 18, United States Code, Section 3583(e)(1), the Court has considered the evidence presented supporting defendant's motion in light of the factors enumerated in Title 18, United States Code, §3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7). The Court finds as follows:

Mr. Gonzales has completed more than two years of the current term of supervised release. He has completed all of the program requirements of the Court-Assisted Recovery Effort (CARE) established in this District through General Order

09-01. The CARE document authorizes a successful participant to request a reduction of up to 50 percent of the original term of supervised release imposed.

Mr. Gonzales has graduated from the CARE program October 26, 2022. Mr. Gonzales is in compliance with all other terms and conditions of supervision. Based on Mr. Gonzales's successful completion of the CARE program and his continued compliance with all terms and conditions of his supervised release, the Court finds a termination of the term of supervised release is appropriate.

In accordance with Title 18, United States Code, §3564(c), it is the order of the Court that the four-year term of supervised release imposed herein on July 8, 2013 is reduced by eighteen months, eleven days and shall terminate upon the Court's signing of this Order.

Ordered this 28th day of October 2022.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE